■ RONNY-GERARD, INC., Respondent, v PHILIP WICHARD, Appellant.— Judgment of the Supreme Court, Nassau County, entered May 31, 1979, affirmed, with costs, on the opinion of Mr. Justice Murphy at Special Term. Damiani, J. P., Gulotta, Cohalan and Margett, JJ., concur.